# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| VAMSIDHAR VURIMINDI, | : No. 168 EM 2014 |
| Petitioner | : |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA AND ANN BORIS, | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of January, 2015, the Application for Extraordinary Relief is **DENIED**.

A True Copy
As Of 1/6/2015

Attest: _____
John W. Person Jr., Esquire
Deputy Prothonotary
Supreme Court of Pennsylvania